(109 So. 849)

**Warren D. HALL v. STATE.    (3 Div. 780.)**

(Supreme Court of Alabama.    Oct. 14, 1926. Rehearing Denied Nov. 4, 1926.)

Certiorari to Court of Appeals.

Ludlow Elmore and C. H. Roquemore, both of Montgomery, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

ANDERSON, C. J.    Petition of Warren D. Hall for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Hall v. State, 21 Ala. App. 476, 109 So. 847.

Writ denied.

SAYRE, GARDNER, and MILLER, JJ., concur.